UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:  JASON SOUZA                                                      Chapter 13
        Debtor(s),                                                      Case No. 15-13049 FJB

AGREED ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

CAME ON FOR CONSIDERATION the Chapter 13 Trustee's motion to dismiss ("Motion") the case of the above captioned debtor(s), and it appearing that the parties have reached an agreement as to the Motion, it is hereby

**ORDERED THAT IF THE DEBTOR FAILS: I) TO PAY TO THE TRUSTEE BY CERTIFIED FUNDS, BANK CHECK, MONEY ORDER OR ELECTRONIC PAYMENT THROUGH TFS (AN AUTHORIZED THIRD PARTY PAYEE) THE SUM OF $7959.88 BY NOON\* ON August 22, 2018 ; AND IN ADDITION II) TO REMAIN CURRENT DURING THE PENDENCY OF THIS AGREED ORDER ON THE MONTHLY PAYMENT OF  $1998.82 TO THE TRUSTEE, THIS CHAPTER 13 CASE MAY BE DISMISSED BY THE CLERK OF THE COURT UPON AFFIDAVIT OF THE TRUSTEE, WITHOUT HEARING, AND IT IS FURTHER**

ORDERED that the debtor shall file no response to the Trustee's affidavit that does not contain a dispute of fact that said payments were timely made.  Any response must be filed within 10 days of the filing by the Trustee and supported by an affidavit of the debtor.

ORDERED that this order is without prejudice as to the Trustee or the United States Trustee's right to be heard on any matter within their purview, by written pleading or otherwise.

Signed at Boston, Massachusetts, this _____17th_____ day of_____July_____, 20_18_.

_____
United States Bankruptcy Judge

AGREED TO AS TO SUBSTANCE AND FORM:
Carolyn A. Bankowski                                              Jason Souza,
Standing Chapter 13 Trustee                                   By his Attorney,

By:                                                                              By:
/s/Carolyn A. Bankowski, BBO#631056                 /s/Christopher M. Lefebvre, BBO 629056
Patricia A. Remer, BBO#639594                            PO BOX 479
Office of the Chapter 13 Trustee                            Pawtucket, Rhode Island 02862
P.O. Box 8250                                                          401 728-6060
Boston, MA  02114                                                  chris@lefebvrelaw.com
(617) 723-1313
13trustee@ch13boston.com

\* Payments must be received at P.O. Box 1131, Memphis, TN 38101-1131 by the date indicated. Unless otherwise noted, the arrearage amount does not include the current month.